SIMPSON et al. v. JENNINGS et al., Appellants.

**Division Two, June 11, 1901.**

The issues in this case being the same as those involved in Simpson v. Erisner, 155 Mo. 157, this case is reversed upon the authority of that case.

Appeal from Lincoln Circuit Court.—*Hon. E. M. Hughes,* Judge.

REVERSED.

*George T. Dunn* and *Norton, Avery & Young* for appellants.

*Martin & Woolfolk* for respondents.

BURGESS, J.—This is an action of ejectment for the possession of an undivided one-sixth interest in the northeast fractional quarter of section twenty-eight, township forty-eight, range one, in Lincoln county. The trial resulted in a judgment in favor of plaintiffs for the land sued for, sixty dollars damages, and fixing the monthly rents and profits at one dollar per month.

After an unsuccessful motion for a new trial, defendants appeal.

The case is a companion case to the case of Simpson v. Erisner, 155 Mo. 157. Both parties to this suit, as in that, claim title under John H. Simpson, deceased, and the issues were precisely the same.

Therefore, upon the authority of that case, we reverse the judgment.

*Sherwood, P. J.,* and *Gantt, J.,* concur.